IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-155 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| ICY LEE WILLIAMS, | : | |
| Defendant. | : | |

---

### ORDER GRANTING DEFENDANT'S
### MOTION TO TERMINATE PROBATION (Doc. 18)

---

This matter is before the Court on Defendant Icy Lee William's Motion to Terminate Probation (Doc. 18). The Government communicated to the Court that it does not oppose such relief. Thus, this matter is ripe for review.

On March 3, 2021, Defendant pled guilty to Concealment of Bankruptcy Assets, in violation of 18 U.S.C. § 152(1). (3/3/2021 Minute Entry; Plea Agreement, Doc. 2.) On July 20, 2021, the Court sentenced Defendant to a five-year term of probation and imposed a fine of $17,000. (Judgment, Doc. 12, Pg. ID 77, 81.) Notably, the Court ordered that the term of probation was "subject to review/termination upon payment of the fine in full." (*Id.*) Now, Defendant requests that the Court terminate her term of probation early.

The early termination of probation is governed by 18 U.S.C. § 3564(c), which reads:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge

the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Federal Rule of Criminal Procedure 32.1(c) requires a hearing before modifying the conditions of probation unless—as is the case here—the relief sought is favorable to the defendant and the Government does not oppose such relief.

To date, Defendant has served more than three and a half years of her five-year term of probation. Thus, Defendant is eligible for early termination of probation under the statutory framework because she has served more than one year of probation in this felony matter. Defendant has also satisfied her monetary penalties by paying her fine in full as of February 15, 2023. (Satisfaction of Judgment, Doc. 17.) Additionally, as confirmed by the Government, Defendant appears to have been compliant with her terms of probation.

After considering the factors in 18 U.S.C. § 3553(a), as well as Defendant's conduct, the Court finds it in the interests of justice to terminate Defendant's term of probation at this time. Accordingly, the Court **GRANTS** Defendant's Motion to Terminate Probation (Doc. 18). Defendant's term of probation is hereby **TERMINATED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND